AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Cathy G. Lanier and Randy D. Lanier
*Plaintiffs*
v.
Branch Bank & Trust Company, an unknown business entity; Bayview Loan Services, LLC, an unknown business entity; Fleming & Whitt, P.A., an unknown business entity; McDonnell & Associates, P.A., an unknown business entity; Reggie Enlow as agent for Southern Visions Realty, Inc., an unknown business entity; and Does 1-9, inclusive
*Defendants*

Civil Action No.  3:12-0628-MBS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiffs shall take nothing of the defendants and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Shiva V. Hodges which grants defendants' motions to dismiss.

Date: August 29, 2013

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*